# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| ANTOINE ANDERSON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04-1117 |
| | ) | |
| JONATHAN SCHLAKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 21, 2004, pro se Plaintiffs filed a Motion to Proceed in forma pauperis. This Court granted their Motion, and the Complaint was filed on April 30, 2004. The case proceeded through the discovery phase without the filing of any dispositive motions. The final pretrial conference was scheduled for December 8, 2006, with trial set for January 22, 2007. On November 21, 2006, Defendants Stephanie Cromien, Galesburg Police Department, Darren Worsfold, and Mike Carroll filed a Motion to Dismiss for Lack of Prosecution or Alternatively Motion to Extend Deadlines [#56]. In order to allow for full briefing and resolution of the Motion, the Court temporarily vacated the schedule pretrial conference.

In their Motion, Defendants state that Plaintiffs have not properly prosecuted their case by failing to timely comply with written discovery requests. Moreover, Defendants state that they have repeatedly tried to schedule Plaintiffs' depositions, and despite their attempts to be flexible with pro se Plaintiffs, "Plaintiffs have refused to participate in their depositions." Therefore, Plaintiffs have failed to adhere to the Court's scheduling order.

On November 21, the date Defendants' filed their Motion to Dismiss, the Clerk of the Court sent to each of the Plaintiffs a letter advising them that a case-dispositive motion had been filed, that they had 14 days to respond to the motion, and that the motion could be granted and their case dismissed should they fail to file a timely response.  Plaintiffs' 14 days to respond to Defendants' Motion expired on December 4, 2006.  As of today, December 11, Plaintiffs have not responded, despite the Clerk's warnings.  Accordingly, Defendants' Motion to Dismiss for Lack of Prosecution is GRANTED.  This matter is now TERMINATED.

ENTERED this 11th day of December, 2006.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge
